(Of the Sixth Circuit, sitting in the First Circuit.)

GILBERT V. GILBERT.

ASSUMPTION CURING DEFECT IN FILE MARK.
    In the absence of evidence other than an omission, in the file mark, to state that the bill of exceptions was filed in the court of common pleas, the circuit court will assume that it was filed in that court.

ERROR to the Court of Common Pleas of Hamilton county.

PER CURIAM.

The file mark on the bill of exceptions in the case showed the bill was filed within fifteen days from the overruling of the motion for a new trial in the common pleas, but did not show in what court it was filed. In the absence of other evidence the court is not warranted in finding that the bill was not filed in the common pleas court. Motion of defendant to strike bill of exceptions from the files overruled.

Swing, Cushing & Morse, for plaintiff in error.
J. C. Harper and A. G. Allen, *contra*.